# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**DEVON J. HYPES**                                                                            **PLAINTIFF**

v.                                                                         **No. 3:16CV238-MPM-JMV**

**DESOTO COUNTY JAIL**
**CHAD WICKER, DIRECTOR**
**APRIL BOX, HEAD NURSE**
**BRIDGET MUSIC, NURSE**
**DR. THOMPSON**                                                     **DEFENDANTS**

## ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On November 27, 2016, the court entered an order requiring the plaintiff to keep the court informed of his current address. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. The court has, however, received returned mail which was sent to the most recent address the plaintiff provieded. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b). In light of this ruling, any motions currently pending in this case are **DISMISSED** as moot.

**SO ORDERED**, this, the 9th day of October, 2018.

                                           **/s/ MICHAEL P. MILLS**
                                           **UNITED STATES DISTRICT JUDGE NORTHERN**
                                           **DISTRICT OF MISSISSIPPI**